**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6556**

RICHARD LEE SWINEY,

        Plaintiff - Appellant,

    v.

MS. BADGETT,

        Defendant - Appellee,

    and

KEITH W. DAVIS; BURNETTE, Ms.; Grievance Coordinator; GENE
JOHNSON, Director Department of Corrections; KENNETH E.
MORGENSTERN, Surgery Director; NEAL, Mr.; Sgt.; TUCKER, Mr.;
C/O; CAROLE E. WALLACE, Grievance Coordinator; FRED
SCHILLING AND STEPHENS, Director Prison Health Services,

        Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:09-cv-00926-LMB-JFA)

Submitted: August 18, 2011      Decided: August 23, 2011

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Lee Swiney, Appellant Pro Se.  Rosalie Fessier, TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Lee Swiney appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Swiney v. Badgett, No. 1:09-cv-00926-LMB-JFA (E.D. Va. Mar. 22, 2011). Swiney's motion for summary judgment is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3